IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

KELLY DEAN BRUMM,

      Appellant,

  v.

      Case No.  5D22-1562
      LT Case No. 2002-CF-2008-A-Z

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed November 8, 2022

3.800 Appeal from the Circuit Court
for Marion County,
Anthony M. Tatti, Judge.

Kelly D. Brumm, Cross City, pro se.

Ashley Moody, Attorney General,
Tallahassee, and L. Charlene
Matthews, Assistant Attorney
General, Daytona Beach, for
Appellee.

PER CURIAM.

    AFFIRMED.


EVANDER, WALLIS and HARRIS, JJ., concur.